IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JONATHAN LEE RICHES,

     Plaintiffs,

v.                                       CASE NO. 1:08-cv-00224-MP-AK

700 BILLION BAILOUT PLAN,

     Defendants.

_____/

## O R D E R

     This matter is before the Court on Doc. 8, Report and Recommendation of the Magistrate

Judge, recommending that Plaintiff's complaint be dismissed as frivolous and malicious pursuant

to 28 U.S.C. § 1915(e)(2).  The time for filing objections has passed, and none have been filed.

The Court agrees that this complaint is not based in reality and is frivolous.  Accordingly, it is

hereby

     **ORDERED AND ADJUDGED:**

     1.     The Report and Recommendation of the Magistrate Judge is adopted and
            incorporated herein.

     2.     The complaint is dismissed as  frivolous and malicious pursuant to 28 U.S.C. §
            1915(e)(2), and the Clerk of Court is directed to note on the docket that this cause
            was dismissed under 28 U.S.C. §  1915(e)(2)(B)(i).

3.      Pursuant to Rule 11(b), (c)(1) and (c)(3), the Plaintiff must show cause by Saturday, January 10, 2009, why this complaint did not violate Fed. R. Civ. P. 11(b).  Failure to show cause may result in imposition of financial and other sanctions necessary to deter repetition of comparable conduct in the future.

**DONE AND ORDERED** this  *31st*  day of December, 2008

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge